My address have changed my address is 601 SW, Adams St peoria IL 61602

My name is Sterling Lewis Johnson

Case numbers: 1:25-CV-05881 Lts

Case number: 25-CV-7696 Lts

Case number: 25-CV-7687 Lts

Chief Judge
Laura Taylor Swain,

RECEIVED
SEP 30 2025
PRO SE OFFICE

Sterling Johnson

Sterling L, Johnson
601. SW, Adams St
Peoria IL, 61602

PEORIA IL 616

25 SEP 2025   AM 1  L      1775 ★ 2025



FOREVER

USM P3
SDNY

Chief Judge, Laura Taylor Swain
500, Pearl St
New York, NY. 1000

RECEIVED
SEP 30 2025
PRO SE OFFICE

10007-131699